ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| USA Environmental, Inc. | ) | ASBCA No. 63406 |
| | ) | |
| Under Contract No. N62470-17-D-8003 | ) | |
| Task Order No. N62470-17-F-4023 | ) | |

APPEARANCES FOR THE APPELLANT:    Scott Arnold, Esq.
    Justin A. Chiarodo, Esq.
    Stephanie M. Harden, Esq.
     Blank Rome LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
    Chad L. Diederich, Esq.
     Assistant Counsel

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 29, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63406, Appeal of USA Environmental, Inc., rendered in conformance with the Board's Charter.

Dated:  June 29, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals